UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VARTA MICROBATTERY, INC., Plaintiff, - against - ETMOTIC RESEARCH, INC., Defendant. | **Civil Action No.: 1:24-cv-07529-KPF** |
| | **<u>NOTICE OF APPERANCE</u>** |

**PLEASE TAKE NOTICE**, that the undersigned attorney, Raymond Perez, of Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, has appeared on behalf of defendant, ETMOTIC RESEARCH, INC. in the above-entitled action.

Dated: White Plains, New York
November 15, 2024

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________________
Raymond Perez, Esq.
Attorneys for Defendant
ETMOTIC RESEARCH, INC.
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
File No.: 26558.00001
Raymond.perez@wilsonelser.com

TO: SCHUMANN BURGHART LLP
Attn: Moritz Schumann
Alexandra Beierlein
1500 Broadway, Suite 1902
New York, NY 10036
Telephone: (646) 502-5944
Facsimile: (646) 530-8286
Email: mschumann@sbuslaw.com
Email: abeierlein@sbuslaw.com

Attorneys for Plaintiff